PATRICIA J. BUCKELEW, PLAINTIFF-APPELLANT, v. PAUL J. GROSSBARD, M.D., DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Submitted November 30, 1983—Decided December 21, 1983.

Before Judges FRITZ and FURMAN.

*Zarin & Maran,* attorneys for appellant (*Joe Maran* of counsel and on the brief).

*Kohn & Needle,* attorneys for respondent (*Emanuel Needle* on the letter brief).

PER CURIAM.

We affirm substantially for the reasons set forth by Judge Simpson in his published opinion at 189 *N.J.Super.* 584 (Law Div.1983).